KTF:SR
F. #2025R00742

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JAE HOON PARK,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C. §§ 1028A(a)(1), 1028A(b),
 1028A(c)(7), 1542)

Case No. 26-MJ-69

EASTERN DISTRICT OF NEW YORK, SS:

MARK REILLY, being duly sworn, deposes and states that he is a Special Agent with the U.S. Department of State, Diplomatic Security Service ("DSS"), duly appointed according to law and acting as such.

In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK did willfully and knowingly make false statements in an application for a United States passport with intent to induce and secure the issuance of a United States passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of United States passports and the rules prescribed pursuant to such laws.

(Title 18, United States Code, Sections 1542)

In or about June 2023, within the Eastern District of New York and elsewhere, the defendant JAE HOON PARK, during and in relation to the crime charged above in violation of Title 18, United States Code, Section 1542, did knowingly and intentionally possess and use, without lawful authority, one or more means of identification of another person.

(Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 1028A(c)(7))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.     I am a Special Agent with the U.S. Department of State, DSS, and I have been personally involved in the investigation of this matter.   I have also been involved in the investigation of numerous other cases involving fraud and identity theft.

2.     I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports from other law enforcement officers involved in the investigation.   Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

### Identification of the Defendant and Victim-1

3.     The defendant JAE HOON PARK is a citizen of North Korea.   At an unknown date and time, but likely in or around 1980 or 1981, PARK entered the United States without being formally admitted or paroled by United States immigration authorities.   Although PARK has a criminal history that might otherwise render him removable from the United States, he cannot be removed from the United States to North Korea because of the lack of formal diplomatic relations between the two countries and because he has been granted relief from deportation under Article III of the United Nations Convention Against Torture.

4.     As set forth in more detail below, the defendant JAE HOON PARK has represented himself to be another person known by me, whom I refer to herein as Victim-1, by uttering and providing false statements and writings, and using stolen and fraudulently obtained identifying information and documents, including the name, date of birth, and social security number of Victim-1, to apply for, obtain, and use a United States passport.

---

[1]     Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

5.      Victim-1 is a United States citizen who was born in Suwon, South Korea on December 4, 1972 (the "Victim-1 DOB"), and who was later assigned a social security number (the "Victim-1 SSN").

6.      Victim-1 applied for a United States passport in or about March 2025.   The National Passport Center referred Victim-1's Application for a United States Passport to the Diplomatic Security Service's New York Field Office for further investigation after discovering that Victim-1 and another individual were both using Victim-1's identity, with two United States passports being previously issued to an individual other than Victim-1.

7.      U.S. Department of State records indicate that the defendant JAE HOON PARK had previously applied for a United States Passport Book and United States Passport Card using the identity of Victim-1, and the U.S. Department of State issued a United States Passport Book and United States Passport Card to PARK in 2013 in the identity of Victim-1.

8.      On or about June 2, 2023, a Form DS-11, Application for a United States Passport #450137493 (the "2023 Passport Application"), was submitted at the Manhasset Post Office, Facility ID Number 110259, in Manhasset, New York, which is located in the Eastern District of New York, in the identity of Victim-1.

9.      A U.S. Department of State, Bureau of Consular Affairs Fraud Assessment of the 2023 Passport Application noted that the applicant was potentially involved in a bank fraud ring that used forged passports.

10.      Law enforcement officers researched commercial databases for the 'Primary Contact Phone Number' provided on the 2023 Passport Application.   Results indicated the number was associated with a name and address not known to be associated with Victim-1.   Further investigation revealed that multiple identities were associated with this address to which the phone number was associated, including the identity of the defendant JAE HOON PARK.   Law enforcement officers queried government databases for the name and identity of PARK, uncovering an image of PARK which appeared similar in likeness to the photograph stapled

4

to the 2023 Passport Application.   The picture in the government database is shown below on the lefthand side, along with the photograph stapled to the 2023 Passport Application on the right:

 

11.     Law enforcement officers requested immigration-related information for the defendant JAE HOON PARK, which revealed that PARK had previously submitted U.S. Customs and Immigration Service Form I-589, Application for Asylum and for Withholding of Removal (the "Form I-589"), requesting relief from deportation under Article III of the United Nations Convention Against Torture.   PARK listed multiple aliases on the Form I-589, including five aliases with the first name 'Jae' or 'Jay', which is also Victim-1's first name.

12.     The defendant JAE HOON PARK provided his signature on the Form I-589, which appears similar in likeness to the signature on the 2023 Passport Application, with both featuring a distinct penmanship of the letter 'J'.   The signature shown on PARK's I-589 is shown below on the lefthand side, along with the signature from the 2023 Passport Application on the right:



13.     A criminal history check for the defendant JAE HOON PARK revealed that PARK has criminal histories in multiple states, and federally, for offenses that include but are not limited to those related to fraud, identity theft, and possession of counterfeit devices.   This criminal history check also revealed that

PARK is 5 feet, 7 inches tall with brown eyes, which matched the information submitted on the 2023 Passport Application.

14.     On May 8, 2025, law enforcement officers interviewed Victim-1's father, as identified on the 2023 Passport Application and on Victim-1's 2025 Application for a United States Passport.   When presented with two photographs of the defendant JAE HOON PARK, Victim-1's father stated he did not recognize the individual pictured and that the individual was not his son.

15.     On August 7, 2025, law enforcement officers interviewed Victim-1's mother, as identified on the 2023 Passport Application and on Victim-1's 2025 Application for a United States Passport, who provided confirmation, along with other information, that the individual pictured in Victim-1's 2025 Application for a United States Passport, was her son.

16.     Accordingly, I believe that the defendant JAE HOON PARK is the individual who falsely claimed to be Victim-1 in connection with the 2023 Passport Application, as described below.

**The defendant JAE HOON PARK's Fraudulent 2023
Application for a United States Passport**

17.     On or about June 2, 2023, the defendant JAE HOON PARK, purporting to be Victim-1, submitted the 2023 Passport Application, at the Manhasset Post Office, Facility ID Number 110259, in Manhasset, New York, which is located in the Eastern District of New York.

18.     The defendant JAE HOON PARK entered, within the applicable fillable sections of the 2023 Passport Application, Victim-1's name, the Victim-1 DOB, place of birth, the Victim-1 SSN, Korean birth name, and permanent address.   PARK also entered within the applicable fillable sections of the 2023 Passport Application Victim-1's parental information, including the name, date of birth, place of birth, and United States citizenship status of Victim-1's mother, and the name, date of birth, and United States citizenship status of Victim-1's father.

19.    Attached to the 2023 Passport Application was an image matching the likeness of the defendant JAE HOON PARK.   PARK also provided a signature in the applicant's signature box.

20.    In support of the 2023 Passport Application, the defendant JAE HOON PARK provided a driver's license issued by the State of New York, which displayed Victim-1's name and the Victim-1 DOB, alongside other identifying information of Victim-1, as well as a photograph of Victim-1 from when he was younger.

21.    In support of the 2023 Passport Application, the defendant JAE HOON PARK also provided a United States Certificate of Citizenship, which displayed Victim-1's Korean birth name, Alien Registration Number, and the Victim-1 DOB, as well as a photograph of Victim-1 from when he was younger.

22.    The 2023 Passport Application contained the following declaration, which the defendant JAE HOON PARK signed using Victim-1's name:   "I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed the acts listed under 'Acts or Conditions' on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form."

23.    On or about July 14, 2023, the Department of State issued the defendant JAE HOON PARK a United States Passport Book and United States Passport Card in the identity of Victim-1.

**PARK's Receipt and Use of a Fraudulently Obtained United States Passport**

24.    A review of travel records revealed that the defendant JAE HOON PARK traveled internationally eight times between August 2023 and January 2024, using the above-mentioned United States Passport Book and United States Passport in the identity of VICTIM-1.

WHEREFORE, your deponent respectfully requests that the defendant JAE

HOON PARK be dealt with according to law.

I further request that the Court issue and order sealing, until further order of the Court, all papers submitted in support of this application, including the affidavit and arrest warrant. Based upon my training and experience, I have learned that criminals actively search for criminal affidavits and arrest warrants via the internet. Therefore, premature disclosure of the contents of this affidavit and related documents will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, and change patterns of behavior.

_____/s/ Mark Reilly_____
MARK REILLY
Special Agent
United States Department of State
Diplomatic Security Service

Sworn to before me via telephone on this
9th  day of April, 2026


_____███████████_____
THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK